Donald James Runnals
9 Middle Road
Lafayette, CA 94549



FILED
SEP 19 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
DONALD JAMES RUNNALS

Case No. 24-41387 CN 13
(Chapter 13)

Petitioner/Debtor.
_____/

Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan and other documents

    The motion of Donald James Runnals respectfully presents:

1. Debtor has filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on September 10, 2024, prior to the date hereof.

2. Debtor is an elderly man who is the sole caregiver for his wife who is suffering from dementia and will need approximately 45 days to locate and prepare all foundational documentation in compliance with order of the court.

3. Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

    WHEREFORE, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for forty-five days, and that he have such other and further relief as is just.

DATED: 19 September 2024

Respectfully Presented,

By: _____
Donald James Runnals

Donald James Runnals
9 Middle Road
Lafayette, CA 94549

Page of 1 of 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
DONALD JAMES RUNNALS

Case No. 24-41387 CN 13
(Chapter 13)

Petitioner/Debtor.
_____/

**Order Granting Further Time To File Schedules,
Statement of Financial Affairs, Plan and other documents**

Upon the motion of Donald James Runnals, the above-named debtor, praying

for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is:

ORDERED that the time of said debtor to file schedules and statement of affairs be,

and hereby is extended for _____ days from the date of this order.

Dated: _____

                                                                    _____
                                                                    Bankruptcy Court Judge


Donald James Runnals
9 Middle Road
Lafayette, CA 94549

**UNITED STATES BANKRUPTCY COURT**

## NORTHERN DISTRICT OF CALIFORNIA

In re  
DONALD JAMES RUNNALS

Case No. 24-41387 CN 13  
(Chapter 13)

Petitioner/Debtor.

_____/

Declaration of Service


I, declare as follows:

I am over the age of eighteen years old.

On September 19, A.D. 2024 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:


Martha G. Bonitsky  
Office of U.S. Trustee  
P.O. Box 5004  
Hayward, CA 94540

PHH Mortgage Corporation  
Bankruptcy Department  
P.O. Box 24605  
West Palm Beach, FL 33416


And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: September 19, A.D. 2024      By: _____  
                                                                        Donald James Runnals

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE

Page of 3 of 3

Case: 24-41387   Doc# 14   Filed: 09/19/24   Entered: 09/19/24 11:49:11   Page 3 of 3